B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Idaho

In re  David Cloyed  
Debtor(s)

Case No.  
Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,670.00 |
   | Prior to the filing of this statement I have received | $ 0.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   See attached Engagement Letter.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   See attached Engagement Letter.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 05/02/2024 | /s/ Matthew T. Christensen |
| Date | Matthew Christensen |
| | *Signature of Attorney* |
| | Johnson May |
| | 199 N. Capitol Blvd. |
| | Suite 200 |
| | Boise, ID 83702 |
| | (208) 384-8588   Fax: |
| | mtc@johnsonmaylaw.com |
| | *Name of law firm* |

---

**JOHNSON MAY**
Attorneys & Counselors

MATTHEW T. CHRISTENSEN
mtc@johnsonmaylaw.com

April 16, 2024

**Sent via SignNow:** dcloyed@highlandrarecoin.com

David Cloyed
PO Box 1339
Boise, ID 83701

      RE:    Chapter 7 Bankruptcy
                JM Matter ID: 15358-004

## ATTORNEY-CLIENT ENGAGEMENT LETTER

Dear David:

      This letter confirms the terms of our attorney-client relationship. You ("Client") have retained Johnson May ("Firm") to perform certain legal services on your behalf. Specifically, you have asked me to file a Chapter 7 Bankruptcy action on your behalf. My support team and I intend to provide you with the best available legal services at a reasonable cost. We will make separate arrangements if you wish for the firm to assist you with other matters.

      I am the responsible attorney for this matter. I have other attorneys and support staff that may assist or share in the work on this matter, at my discretion. I will inform you if other attorneys in our firm participate in your matter.

      Client hereby retains the Firm to represent you in a case to be initiated under Chapter 7 of the Bankruptcy Code. The legal services to be rendered are:

      1.    Preparation and filing of a Petition, Statement of Financial Affairs, Statement of Intention, Means Test Statement and other related pleadings;

      2.    Attendance at all meetings of creditors;

      3.    Negotiation of all pleadings required to reaffirm your personal obligation to pay any debt or lease;

      4.    Attendance at any hearing on a motion seeking dismissal of your case under Code § 707(b)(7);

      5.    Handle communications with creditors during the pendency of your case regarding claims the creditors may have against you (but not preparing or filing any objections to claims unless we agree to that separately); and

      6.    If required, attendance at any reaffirmation or discharge hearing.

      The U.S. Trustee or any creditor may file a motion seeking dismissal of your case. We will appear on your behalf at the resulting hearing if such a motion is filed. However, we are

David Cloyed
April 16, 2024
Page 2

unable to ensure a favorable hearing outcome. We will use every reasonable argument and evidence to obtain the best outcome for you.

The U.S. Trustee or a creditor may initiate a lawsuit to deny your discharge or to determine the dischargeability of any debt. **This Agreement does not include representation of you in any sort of nondischargeability case**. If such a suit is filed, we will discuss retention of our services and related fees and costs as appropriate and necessary. You are not under any obligation to retain the Firm or any other law firm for that work, or to pay us for its possibility.

In consideration of the legal services to be rendered to the Client by the Firm, you agree to pay to the Firm <u>on or before the date a petition is filed</u> on behalf of the undersigned, the sum of **$4,670.00** in cash or by certified/cashier's check as a flat fee.

We have discussed the restrictions on compensation set out in the Bankruptcy Code. You understand that:

1. representation that occurs <u>after the commencement of the bankruptcy case</u>, may not by law, be included in or charged against the monies paid to the Firm prior to the Petition;

2. such services described above and subject to this Agreement which occur <u>after</u> the Petition will be billed separately at the applicable hourly rates for attorneys of the Firm;

3. post-petition charges for legal services may be paid <u>only</u> from monies that are not property of the bankruptcy estate and that are earned by you <u>after</u> the date on which the bankruptcy Petition is filed.

If there are additional creditors or assets that must be added to your Petition or schedules <u>after</u> the initial Petition and schedules are filed, and the additions are necessary due to your failure to provide us the required information prior to the initial filing, there will be additional attorney fees incurred for preparing and filing the amended schedules or statements. The filing fee of **$32.00** for amendments to the schedules or statements will also be added as an additional charge.

The flat fee described above to prepare the bankruptcy Petition, schedules, and additional required statements is based on your cooperation in providing the Firm with the required information and documents in an organized manner. If the information provided to the Firm is not provided in an organized format, requiring us to expend additional time organizing your documents, you will be billed by the hour for such time expended. These additional fees MUST be paid <u>prior to the filing of the bankruptcy petition</u>. We will provide you with as much advance notice of these additional fees as possible.

You understand and agree that you have not retained or employed the Firm to represent you in any adversary proceeding, contested matter (except as outlined above), or lawsuit that may be pending, or that may be commenced after the date of this Agreement. If you request representation in any adversary proceeding, contested matter, or lawsuit, you understand that any such legal services will be in addition to those described above and will be billed to you at the current hourly rate of the Firm's attorneys.

**ATTORNEY-CLIENT ENGAGEMENT LETTER** **PAGE 2**

David Cloyed
April 16, 2024
Page 3

      You understand that the representation described in this Agreement does not in any way guarantee or represent to you that a discharge in bankruptcy will be obtained or that all debts form which discharge can be sought will be included in any such discharge.

      You also understand that the fees described in this Agreement relate to the filing of the bankruptcy Petition and appearance at the hearing or meetings described above. The fees described in this Agreement <u>DO NOT</u> cover any sort of post-petition planning or questions/discussions regarding your future plans now that the bankruptcy has been filed. You will be billed separately for any post-petition, future-planning questions, or representation.

      The terms of the following Exhibits apply to our attorney-client relationship, our Engagement Agreement, and can be accessed at:

<https://www.johnsonmaylaw.com/client-resources>
**Password: JM1234**

    A.    **Exhibit A:** "<u>General Terms & Conditions</u>" contains a list of definitions and policies of this firm that are used in this letter;

    B.    **Exhibit B**: "<u>Retainer Fund Agreement</u>" provides further terms and conditions regarding the use of retainers by our firm;

    C.    **Exhibit C**: "<u>Conflict Agreement</u>" discusses conflict policies of the firm.

The terms of the attached Exhibit also apply to our attorney-client relationship and Engagement Agreement:

    D.    **Exhibit D**: "<u>Fee and Cost Schedule</u>" lists the current attorney and paralegal billing rates. These rates are subject to change. However, any adjustments to billing rates or changes in personnel will be indicated on your billing statements.

      This Engagement Agreement and the relevant exhibits contains our entire agreement regarding the current scope of work, fees, and billing practices. The Engagement Agreement may be changed only by our mutual agreement that is confirmed in writing.

      Please contact me immediately if you have any questions or concerns regarding the fees or terms of representation. Your signature in the acceptance block below will confirm our attorney-client relationship and its terms as described.

                                Very truly yours,

                                */s/ M. Christensen*

                                Matthew T. Christensen
                                Attorney at Law

MTC | ard

David Cloyed
April 16, 2024
Page 4

## ACCEPTANCE OF CHAPTER 7 BANKRUPTCY ENGAGEMENT AGREEMENT

I have read the preceding agreement and the Exhibits.
I have had a full opportunity to discuss this agreement and its terms with the attorney.
By signing below, I consent to this firm's representation and the terms set forth in this agreement.

*David B Cloyed*

DATED: ____04/20/2024_____ .        _____
                                                                                            David Cloyed, Client

# EXHIBIT D

## JOHNSON MAY
*Fees and Cost Schedule*

### *Professional Fees*

Johnson May attorney billing rates range between $225-$425 per hour.
Johnson May paralegal billing rates range between $95-$175 per hour.

The current hourly rates of firm timekeepers are listed below.

| | |
|---|---|
| Wyatt B. Johnson | $425 per hour |
| Matthew T. Christensen | $425 per hour |
| J. Justin May | $425 per hour |
| Sheli Fulcher Koontz | $400 per hour |
| Michelle Points | $375 per hour |
| Natasha N. Hazlett | $350 per hour |
| Bart Browning | $300 per hour |
| Dominic G. Lovotti | $300 per hour |
| Katie Sliman | $225 per hour |
| Mary Ruppert | $300 per hour |
| Suzie Jaderholm | $175 per hour |
| Caroline Cortens | $175 per hour |
| Candice Booher | $150 per hour |
| Allison Daniels | $150 per hour |
| Laura Verga | $150 per hour |
| Sheri Mitchell | $150 per hour |
| Kristin Brown | $130 per hour |
| Abbie Stephens | $130 per hour |
| Michelle Reinhart | $130 per hour |

The rates quoted above are for the year **2024**. ***Billing rates are subject to adjustment annually.*** Any adjustment in the hourly rate or additional personnel will be reflected in your monthly billing statements.

## *Costs*

Costs are subject to annual adjustment. Any adjustment will be reflected in the monthly billing statements presented to the client. The firm does not charge an overhead or administrative fee for services contracted on a client's behalf.

| | |
|---|---|
| Photocopying | $0.20/page – all copies over 500 |
| Messenger Service | On a case-by-case basis |
| Westlaw/Lexis | Prevailing rate |
| Overtime Staff Charges | $50.00/hour |
| Facsimile | No Charge |
| Document Management Database | On a case-by-case basis depending on the scope and amount of documents |